# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CARNELLIUS DARELL PRIDE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 5:23-cv-719-AMM-JHE |
| **SHERIFF KEVIN TURNER,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

Plaintiff Carnellius Darell Pride filed a *pro se* amended complaint under 42 U.S.C. § 1983, alleging violations of his civil rights. Doc. 15. On April 4, 2025, the magistrate judge entered a report recommending the court dismiss the plaintiff's federal claims pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Doc. 16. The undersigned further recommended the court dismiss any state law claims pursuant to 28 U.S.C. § 1367(c)(3). Doc. 16. Although the magistrate judge advised the plaintiff of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1), the plaintiff's federal claims are due to be dismissed without prejudice for failure to state a claim

Case 5:23-cv-00719-AMM-JHE   Document 17   Filed 06/03/25   Page 2 of 2

upon which relief may be granted. Additionally, the plaintiff's state-law claims are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

A Final Judgment will be entered.

**DONE** and **ORDERED** this 3rd day of June, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

2